## S. W. LEWIS et al. v. REGIONAL AGRICULTURAL CREDIT CORPORATION OF WICHITA, KANSAS.
### No. 1620.

Circuit Court of Appeals, Tenth Circuit.
Nov. 29, 1937.

Caswell S. Neal, of Carlsbad, N. M., for appellants.

J. O. Seth and A. K. Montgomery, both of Santa Fé, N. M., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed November 29, 1937, on motion of appellants at appellants' costs.